[No. 34108-9-III.  Division Three.  June 29, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRIO PAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 15-1-00014-2, Henry A. Rawson, J., entered February 10, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Pennell, JJ.

[No. 34209-3-III.  Division Three.  June 29, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUAH STEPHEN CARON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-02348-0, John O. Cooney, J., entered February 25, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.

[No. 34967-5-III.  Division Three.  June 29, 2017.]

SHAPPA BAKER, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-2-01904-7, Mary Sue Wilson, J., entered March 25, 2016. *Reversed* and *remanded* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.

[Nos. 34979-9-III; 34992-6-III.  Division Three.  June 29, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. COLIN BLAINE BECCARIA, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 15-1-02207-7, Gerald T. Costello, J., entered February 18, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Pennell, JJ.